IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-ASAP2, ASSET BACKED PASS-THROUGH CERTIFICATES<br><br>Plaintiff,<br><br>-v.-<br><br>MIGUEL A. AGUILAR, et al<br><br>Defendant | <br><br><br><br><br><br><br><br>1 : 12 CV 10397<br><br>JUDGE Samuel Der-Yeghiayan<br><br>Designated Magistrate: Jeffrey T. Gilbert |

## ORDER APPROVING REPORT OF SALE AND DISTRIBUTION, CONFIRMING SALE AND ORDER OF POSSESSION

This cause comes to be heard on Plaintiff's motion for the entry of an Order Approving the Report of Sale and Distribution, confirming the sale of the premises, which are the subject of the matter captioned above and described as:

LOT 6, IN BLOCK 6, IN INGALL`S PARK SUBDIVISION, BEING A SUBDIVISION OF PART OF THE WEST 1/2 OF SECTION 13, IN TOWNSHIP 35 NORTH, AND IN RANGE 10 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED MAY 2, 1970 AS DOCUMENT NO. 244480, IN WILL COUNTY, ILLINOIS.

Commonly known as 210 DAVISON STREET, Joliet, IL 60433

Property Index No. 30-07-13-117-006.

Due notice of said motion having been given, the Court having examined said report and being fully advised in the premises, FINDS:

That all notices required by 735 ILCS 5/15-1507(c) were given;

That said sale was fairly and properly made;

That the Judicial Sales Corporation, hereinafter "Special Commissioner," has in every respect proceeded in accordance with the terms of this Court's Judgment; and

That justice was done.

IT IS THEREFORE ORDERED:

That the sale of the premises involved herein and the Report of Sale and Distribution filed by the Special Commissioner are hereby approved, ratified, and confirmed;

That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution;

That the Mortgagee's fees and costs arising between the entry of the Judgment of Foreclosure

and Sale and the date of sale are approved;

That there shall be an IN REM deficiency judgment entered in the sum of $59,421.58 with interest thereon as by statute provided, against the subject property

That The Special Right to Redeem, if applicable, pursuant to 735 ILCS 5/15-1604, shall expire 30 days after entry of this Order; and

735 ILCS 5/9-117 is not applicable to this order entered pursuant to Article 15 (IMFL).

That upon request by the successful bidder and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Special Commissioner shall execute and deliver to the successful bidder or assignee a deed sufficient to convey title.

Municipality or County may contact the below with concerns about the real property:

| | |
|---|---|
| Grantee or Mortgagee: | OCWEN LOAN SERVICING LLC |
| Contact: | JOHNNA MILLER |
| Address: | 1661 WORTHINGTON ROADE, SUITE #100 |
| | West Palm Beach , FL  33409 |
| Telephone Number: | (561) 682-8000 |

IT IS FURTHER ORDERED:

That the successful bidder is entitled to and shall have possession of the premises as of a date 30 days (          ) after entry of this Order, without further Order of Court, as provided in 735 ILCS 5/15 – 1701;

That the Sheriff of Will County is directed to evict and dispossess MIGUEL A. AGUILAR, MARTHA RAMIREZ from the premises commonly known as 210 DAVISON STREET, Joliet, IL, 60433

The Sheriff cannot evict until 30 days after the entry of this order.

No occupants other than the individuals named in this Order of Possession may be evicted without a Supplemental Order of Possession or an order from the Forcible Entry and Detainer Court.

IT IS FURTHER ORDERED that the Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps.

A copy of this order shall be sent via regular mail to all defendants within 7 days.

Date:  October 22, 2014                    ENTER:

_____
Judge  *(signed: Samuel Dev-Yephiay)*

POTESTIVO & ASSOCIATES, P.C.
223 WEST JACKSON BLVD, STE 610
Chicago, IL 60606
(312) 263-0003
Attorney File No. C13-91525
Case Number: 1 : 12 CV 10397
TJSC#: 34-6928